UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH LAMAR BARRETT, BOOKING #95410-298,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GEO Group, Inc., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 21cv1603-JO (MSB)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On February 18, 2022, the Court dismissed Plaintiff's First Amended Complaint without prejudice, and granted Plaintiff forty-five (45) days from the date of the Order to file a Second Amended Complaint. The Court explained that if Plaintiff failed to timely amend, the Court would enter a final Order dismissing this civil action. Plaintiff's Second Amended Complaint was due on April 4, 2022. To date, Plaintiff has not filed a Second Amended Complaint. Therefore, the Court DISMISSES this action without prejudice. The Clerk shall enter judgment accordingly. Plaintiff's Second Motion to Appoint Counsel [Dkt. 16] is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: 4/5/2022

Hon. Jinsook Ohta
United States District Court